Ramin R. Younessi, Esq. (SBN 175020)
ryounessi@younessilaw.com
Samvel Geshgian (SBN 300470)
sgeshgian@younessilaw.com
**LAW OFFICES OF RAMIN R. YOUNESSI**
**A PROFESSIONAL LAW CORPORATION**
3435 Wilshire Boulevard, Suite 2200
Los Angeles, California 90010
Telephone: (213) 480-6200
Facsimile: (213) 480-6201

Attorney for Plaintiff,
BLANCA ARGELIA ARIAS

Brian P. Long, Esq. (SBN 232746)
bplong@seyfarth.com
**SEYFARTH SHAW LLP**
601 South Figueroa Street Suite 3300
Los Angeles, CA 90017-5793
Telephone:  (213) 270-9600
Fax:  (213) 270-9601

Attorneys for Defendants
RESIDENCE INN BY MARRIOTT, LLC, and
MARRIOTT INTERNATIONAL, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA ARGELIA ARIAS, individually and on behalf of herself and others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>RESIDENCE INN BY MARRIOTT, LLC., a Delaware limited liability company; MARRIOTT INTERNATIONAL, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No. 2:18-cv-08818-RGK-JPR<br><br>Assigned to the Hon. Judge R. Gary Klausner, Courtroom 850<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. RULE 41(A)(1)(A)(II)**<br><br>Complaint Filed:  August 23, 2018 |

1

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Blanca Argelia Arias ("Plaintiff") and Defendants Residence Inn By Marriott, LLC, And Marriott International, Inc. ("Defendants"), by and through their counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby submit this Joint Stipulation of Dismissal with Prejudice of all claims relating to the uncertified class allegations. As grounds, the parties state the following:

1. Plaintiff has not previously dismissed an action based on, or including, the dismissed class allegations.

2. Plaintiff has resolved her individual claims against Defendants by reaching a confidential agreement providing for the dismissal of her individual claims;

3. Plaintiff stipulates to the dismissal of her individual claims with prejudice;

4. Defendant stipulates to the dismissal of Plaintiff and the class allegations;

5. There are no other parties to this case, and no determination has been made as to whether this is a viable class action;

6. All parties stipulate that the dismissal of the class allegations is without prejudice;

7. All parties stipulate that the dismissal of Plaintiff's representative claims under the California Private Attorney General Act of 2004 ("PAGA") are without prejudice;

7. All parties will be responsible for bearing their own fees and costs related to the class allegations; AND

8. The parties stipulate to the entry of the proposed Order for Dismissal without prejudice attached hereto as Exhibit A.

1    DATED:  January 9, 2020          LAW OFFICES OF RAMIN R. YOUNESSI

2

3                                   By:

4                                     Samvel Geshgian
                                       Attorneys for Plaintiff
5                                     BLANCA ARGELIA ARIAS

6    DATED:  January 7, 2020          SEYFARTH SHAW LLP

7

8                                   By:
                                     Brian P. Long
9                                   Attorneys for Defendants
                                   RESIDENCE INN BY MARRIOTT, LLC,
10                                 and MARRIOTT INTERNATIONAL, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
JOINT STIPULATION OF DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy described as **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** was on January 9, 2019, served upon all counsel of record electronically by the Court's Case Management System:

William J Dritsas, Esq.                          *Attorneys for Defendants*
Seyfarth Shaw LLP                                *RESIDENCE INN BY*
560 Mission Street 31st Floor                     *MARRIOTT, LLC, and*
San Francisco, CA 94105                          *MARRIOTT*
415-397-2823                                     *INTERNATIONAL, INC.*
Fax: 415-397-8549
Email: wdritsas@seyfarth.com

Brian P Long, Esq.                               *Attorneys for Defendants*
Seyfarth Shaw LLP                                *RESIDENCE INN BY*
601 South Figueroa Street Suite 3300             *MARRIOTT, LLC, and*
Los Angeles, CA 90017-5793                       *MARRIOTT*
213-270-9600                                     *INTERNATIONAL, INC.*
Fax: 213-270-9601
Email: bplong@seyfarth.com

☒     BY NOTICE OF ELECTRONIC FILING: The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing automatically generated by CM/ECF at the time said document was filed and which constitutes service pursuant to FRCP 5(b)(2)(D).

Executed on January 9, 2019, at Los Angeles, California.

By:  /s/ Tony Noda