1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA ARGELIA ARIAS, individually and on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESIDENCE INN BY MARRIOTT, LLC., a Delaware limited liability company; MARRIOTT INTERNATIONAL, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:18-cv-08818-RGK-JPR<br><br>Assigned to the Hon. Judge R. Gary Klausner, Courtroom 850<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. RULE 41(A)(1)(A)(II)**<br><br>Complaint Filed: August 23, 2018 |

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

# [PROPOSED] ORDER

In consideration of the Parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and for good cause shown, it is hereby ordered that Plaintiff's individual claims in the above captioned lawsuit are DISMISSED IN THEIR ENTIRETY WITH PREJUDICE. The class allegations are dismissed without prejudice. The PAGA allegations are dismissed without prejudice. Each party will bear its/her/their own fees and costs.

**IT IS SO ORDERED:**

Date: January 14, 2020

_____
Hon. Judge R. Gary Klausner
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy described as **[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** was on January 9, 2020, served upon all counsel of record electronically by the Court's Case Management System:

| | |
|---|---|
| William J Dritsas, Esq.<br>Seyfarth Shaw LLP<br>560 Mission Street 31st Floor<br>San Francisco, CA 94105<br>415-397-2823<br>Fax: 415-397-8549<br>Email: wdritsas@seyfarth.com | *Attorneys for Defendants*<br>*RESIDENCE INN BY*<br>*MARRIOTT, LLC, and*<br>*MARRIOTT*<br>*INTERNATIONAL, INC.* |
| Brian P Long, Esq.<br>Seyfarth Shaw LLP<br>601 South Figueroa Street Suite 3300<br>Los Angeles, CA 90017-5793<br>213-270-9600<br>Fax: 213-270-9601<br>Email: bplong@seyfarth.com | *Attorneys for Defendants*<br>*RESIDENCE INN BY*<br>*MARRIOTT, LLC, and*<br>*MARRIOTT*<br>*INTERNATIONAL, INC.* |

☒   BY NOTICE OF ELECTRONIC FILING: The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing automatically generated by CM/ECF at the time said document was filed and which constitutes service pursuant to FRCP 5(b)(2)(D).

Executed on January 9, 2020, at Los Angeles, California.

By: /s/ Tony Noda